**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Mein & Meen Trucking, Inc., et al.
                                  Plaintiff,

v.                                                    Case No.: 1:20–cv–04305
                                                          Honorable John Robert Blakey

CK Trucking, LLC
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, November 3, 2022:

      MINUTE entry before the Honorable John Robert Blakey: Motion hearing held on 11/3/2022. Plaintiff's motion for Preliminary Approval of Class Settlement [70] is granted as stated on the record in open court. On or before the close of business on 11/3/2022, Counsel shall submit a proposed order to the Court's proposed order in box for review and entry. Final approval hearing set for 2/15/2023 at 11:00 a.m. in Courtroom 1203. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.