IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BNVS Transport LLC and MEIN & MEEN TRUCKING, INC., individually and on behalf of all others similarly situated, | Case No. 1:20-CV-04305 |
| | HON. JOHN ROBERT BLAKEY |
| Plaintiffs, | HON. M. DAVID WEISMAN |
| vs. | |
| C&K TRUCKING, LLC, | |
| Defendants. | |

**PLAINTIFFS' COMBINED MOTION
FOR FINAL APPROVAL OF RULE 23 CLASS ACTION SETTLEMENT, SERVICE
AWARDS, AND REASONABLE ATTORNEYS' FEES AND COSTS**

Plaintiffs BNVS Transport LLC and Mein & Meen Trucking, Inc. hereby move for final approval of the Rule 23 class action settlement in this matter, reasonable attorneys' fees and costs, and service awards. Plaintiffs respectfully submit that this combined motion should be granted for the reasons discussed in Plaintiffs' corresponding memoranda of points and authorities (ECF 81 – Final Approval; ECF 77 – Service Awards; and ECF 78 – Reasonable Attorneys' Fees and Costs).

**WHEREFORE**, Plaintiffs respectfully request that this Court enter an Order granting final approval of the Rule 23 class action settlement, reasonable attorneys' fees and costs to Class Counsel, and service awards to the Settlement Class Representatives.

DATED: February 14, 2023

Respectfully submitted,

**VUCKO LAW LLP**

By: _/s/ Stacey Vucko_
Stacey Vucko

**SCHNEIDER WALLACE
COTTRELL KONECKY LLP**

By: <u>*/s/ Joshua Konecky*</u>
Joshua Konecky
Sarah McCracken

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that February 14, 2023, I electronically filed the foregoing document with the Clerk of Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

<u>*/s/ Joshua Konecky*</u>
Joshua Konecky