UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Mein & Meen Trucking, Inc., et al.

Plaintiff,

v.  Case No.: 1:20–cv–04305
Honorable John Robert Blakey

CK Trucking, LLC

Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 22, 2023:

MINUTE entry before the Honorable John Robert Blakey: Consistent with discussions in court on 2/14/23, the Court grants Plaintiffs' unopposed motion for final approval of class action settlement, service awards, and reasonable attorneys' fees and costs [83]. Enter Final Approval Order. The Court directs the Clerk to terminate [76] and [77] as pending motions, as these filings constitute memoranda in support and not motions. This matter remains set for hearing on 11/15/23 at 11:00 a.m. in Courtroom 1203 to confirm implementation of the settlement agreement and final dismissal of the action. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.